**SECOND DIVISION**
**ANDREWS, P. J.,**
**MILLER and BRANCH, JJ.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules/**

**June 18, 2015**

# In the Court of Appeals of Georgia

A12A2295.  CARTER  v.  PROGRESSIVE  MOUNTAIN
  INSURANCE.

ANDREWS, Presiding Judge.

In *Carter v. Progressive Mountain Ins.*, 320 Ga. App. 271 (739 SE2d 750)
(2013), we affirmed the trial court's grant of summary judgment in favor of
Progressive Mountain Insurance on Carter's claim for underinsured motorist benefits.
In *Carter v. Progressive Mountain Ins.*, 295 Ga. 487 (761 SE2d 261) (2014), the
Supreme Court reversed the judgment of this Court. Accordingly, the judgment of the
Supreme Court is made the judgment of this Court, and the trial court's grant of
summary judgment in favor of Progressive Mountain Insurance is reversed.

*Judgment reversed. Doyle, P. J., and Boggs, J., concur.*